**Alexander Otis MATTHEWS,
Plaintiff–Appellant,**

v.

**UNITED STATES of America,
Defendant–Appellee,**

and

Ryan Faulconer, Ausa; Carla Coopwood, U.S. Probation Officer; Bennett Brown, Attorney; Christine Windness, FBI Special Agent; John Doe, Unknown Agent of Maryland State Attys. Office; Jane Doe, Unknown named agents of Maryland State Attys. Office; Michael Pauze, AUSA; Alicia Wojtkonski, FBI Special Agent; Rod Rosenstein, in His Official Capacity; Neil McBride, in His Official Capacity; District of Maryland U.S. Attorneys Office, in its Official Capacity; Eastern District of Virginia (Alexandria) U.S. Attorneys Office, in its Official Capacity; Bennett Brown, in his Individual Capacity; Ryan Faulconer, In his Individual Capacity, Defendants.

No. 15–6132.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2015.

Decided: May 22, 2015.

Alexander Matthews, Appellant Pro Se. Ayana Niambi Free, Assistant United States Attorney, Sosun Bae, Andrew Sun Han, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Matthews appeals the district court's order granting the United States' motion to dismiss his Federal Tort Claims Act suit for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Matthews v. United States,* No. 1:12–cv–01473–LO–TCB (E.D.Va. Jan. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

*AFFIRMED.*